IN THE NINTH JUDICIAL CIRCUIT
IN AND FOR ORANGE COUNTY, FLORIDA

MARKITTA HAMMONS,

    Plaintiff,                             CASE NO.: 16-SC-10035

v.

CREDIT CONTROL SERVICES INC
D.B.A. CREDIT COLLECTION SERVICES,

    Defendant.

_____/

## STATEMENT OF CLAIM
## JURY DEMAND

**NOW INTO COURT**, through undersigned counsel, comes MARKITTA HAMMONS, the Plaintiff herein, and hereby filed this Statement of Claim against CREDIT CONTROL SERVICES INC D.B.A. CREDIT COLLECTION SERVICES, the Defendant herein, and hereby states as follows:

### PART I: INTRODUCTION

1. This is an action for damages which do not exceed $2,500.00 in any single count; it is brought by individual consumer for violations of the Federal Fair Debt Collection Practices Act, 15 U.S.C. 1692 et seq. ("FDCPA").

### JURISDICTION

2. Jurisdiction of this court arises under 15 U.S.C. §1692k(d) and 28 U.S.C., §1337; supplemental jurisdiction exists for state law claims pursuant to 28 U.S.C. §1367.

3. This action arises out of Defendant's violations of the FDCPA, and out of the invasions of Plaintiff's personal and financial privacy by this Defendant and its agents in its illegal effort to collect a consumer debt from Plaintiff.

4. Venue is proper in this County because the acts and transactions occurred in Florida where the Plaintiff resides and Defendant transacts business here.

## PARTIES

5. Plaintiff is a natural person who resides in the State of Florida, and is a "consumer" as that term is defined by 15 U.S.C. § 1692a(3).

6. Defendant, a collection agency, operates from an address of 725 Canton Street, Norwood, MA 02062. Defendant has a registered agent in the State of Florida designated to receive service of process named CT Corporation System, whose address is 1200 South Pine Island Road, Plantation, FL 33324, and is a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6). Defendant is also registered with the state of Florida as a "debt collector."

7. Defendant regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

8. Defendant regularly collects or attempts to collect debts for other parties.

9. Defendant is a "debt collector" as defined in the FDCPA.

10. Defendant was acting as a debt collector with respect to the collection of Plaintiff's alleged debt.

## FACTUAL ALLEGATIONS

11. Defendant is a corporation licensed to do business in the State of Florida as a registered debt collector.

12. Plaintiff incurred a financial obligation that was primarily for personal, family or household purposes and is therefore a "debt" as that term is defined by 15 U.S.C. § 1692a(5). Upon information and belief, Defendant is attempting to collect on a

consumer debt from Plaintiff, who used the credit at issue for personal purchases such as food, clothing, gasoline, travel, etc.

13. Sometime thereafter, the debt was consigned, placed or otherwise transferred to Defendant for collection from this Plaintiff.

14. Defendant sought to collect from Plaintiff an alleged debt arising from transactions incurred for personal, family or household purposes.

15. On or about 02/24/2016, Defendant sent Plaintiff a written request for payment of an alleged consumer debt, account number ending in 3809. A true copy of Defendant's letter is attached hereto as Exhibit "A".

16. On or about 04/18/16, Plaintiff notified Defendant in writing, via United States Postal Service, First Class Mail, that Plaintiff disputed the alleged debt and requesting verification on same. A true copy of Plaintiff's letter is attached hereto as Exhibit "B".

17. On or about 05/18/16, Defendant sent Plaintiff a written request for payment of an alleged consumer debt, account number ending in 3809. A true copy of Defendant's letter is attached hereto as Exhibit "C".

18. Pursuant to § 809(b) of the FDCPA, 15 USC § 1692g(b), if the consumer notifies the debt collector in writing within thirty (30) days after receipt of an initial communication from a debt collector that the debt is disputed, the debt collector must cease collection of the debt until the debt collector obtains verification and provides a copy of such verification to the consumer.

## COUNT I

## FAILURE TO CEASE COMMUNICATIONS
## IN VIOLATION OF 15 U.S.C. § 1692c(c)

19. Plaintiff incorporates Paragraphs 1 through 18.

20. Pursuant to § 803 of the FDCPA, 15 USC § 1692a, "communication" is defined as the conveying of information regarding a debt directly or indirectly, and the definition of a "debt collector" includes anyone who regularly attempts to collect debts, directly or indirectly.

21. On 02/24/16 Defendant communicated with Plaintiff in the capacity as a debt collector when it mailed them a Dunning Notice, regarding account ending in 3809 (see Exhibit "A").

22. On 04/18/16, Plaintiff asked for verification and sent a refusal to pay the debt (see Exhibit "B").

23. Defendant failed to cease communications to Plaintiff regarding the alleged debt in violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692c(c). On 05/18/16, Defendant continued to attempt collection in writing to the Plaintiff even after Plaintiff refused to pay the alleged debt (see Exhibit "C").

24. Section 813 of the FDCPA, 15 USC § 1692k, provides for an award in the amount of the sum of actual damages, up to $1,000.00 for each violation of the Act, and costs together with a reasonable attorney's fee.

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a. Damages;

    b. Attorney's fees, litigation expenses and costs of the instant suit; and

c. Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

Dated: June 14, 2016

*[signature]*

Michael Tierney, P.A.
Michael Tierney, Esquire
Florida Bar No.: 643475
918 Beard Avenue
Winter Park, Florida 32789-1806
Tel: (407) 740-0074
Attorney for Plaintiff

CALL CENTER SUPPORT: 1 (877) 561-1074



MARKITTA HAMMONS

File Number: ▮▮▮▮
Date: 02/24/16

EXHIBIT A

| CREDITOR: | SERVICE AMOUNT: |
|---|---|
| TIME WARNER CABLE | |

## COLLECTION NOTICE - COLLECTION NOTICE

This notice and all further steps undertaken by this agency will be in compliance with applicable State and Federal Law(s). In accordance with Federal Law, the following notice is required: This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication was sent from a debt collector.

Your account was previously listed with another collection firm and re-assigned to this office to administer recovery. Please remit payment by mail or visit our self-service website @ www.ccsnotice.com. Self service menu options include:

- Paying online by check or credit card
- Establishing payment arrangements with this office
- Printing scheduled payment vouchers
- Entering proof of prior payment
- Accessing help desk information, etc.

If you have any questions, concerns, or would simply like personal assistance, please call and we will work together to resolve this matter. Thank you.

### FEDERAL LAW

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor if different from the current creditor. This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication has been sent by a debt collector.

**SELF-SERVICE WEBSITE:** Our self-service website offers the ability to pay-in-full by check or credit card, agree to a payment plan, print a scheduled payment voucher(s) to mail with payment to this office, print a payment-in-full receipt for your records, review payment history and account status, opt-in to email messaging, obtain help desk information, and more.

**UN-RETURNED EQUIPMENT:** Please be advised, you are financially responsible for the monetary value of any/all un-returned equipment. Please contact this office to discuss the return of all equipment in accordance with your service contract.

### PLEASE ENCLOSE BOTTOM PORTION WITH PAYMENT

File Number: ▮▮▮▮
Pin Number: ▮▮▮▮
MARKITTA HAMMONS

- Do not mail post-dated checks (call for assistance)
- Write your File Number (above) on your check

CCS
PAYMENT PROCESSING CENTER
P.O. BOX 55126
BOSTON, MA 02205-5126

**CHECK-BY-PHONE AND CREDIT CARD ACCOMMODATION**

Please remit payment by mail. To expedite payment by check or credit card, you may call (877) 897-7103 for personal assistance. Our Service Representatives are available during extended business hours. Furthermore, you have the option to process payment via our full service payment website.

SELF SERVICE OPTIONS AVAILABLE ONLINE

PAY THIS AMOUNT: ▮▮▮▮

7988800990319410970002428648

CO-CCS7LA18-1

CALL CENTER SUPPORT: 1 (017) 901-1014

Date: 02/24/16

File Number: ███

54406 1 AT 0 413 T 197
MARKITTA HAMMONS
███

EXHIBIT B

| CREDITOR: | SERVICE AMOUNT: |
|---|---|
| TIME WARNER CABLE | ███ |

## COLLECTION NOTICE - COLLECTION NOTICE

This notice and all further steps undertaken by this agency will be in compliance with applicable State and Federal Law(s). In accordance with Federal Law, the following notice is required: This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication was sent from a debt collector.

Your account was previously listed with another collection firm and re-assigned to this office to administer recovery. Please remit payment by mail or visit our self-service website @ www.ccsnotice.com. Self service menu options include:

- Paying online by check or credit card
- Establishing payment arrangements with this office
- Printing scheduled payment vouchers
- Entering proof of prior payment
- Accessing help desk information, etc.

If you have any questions, concerns, or would simply like personal assistance, please call and we will work together to resolve this matter. Thank you.

### FEDERAL LAW

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor if different from the current creditor. This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication has been sent by a debt collector.

*Markitta Hammons*

*Because I am disputing this, I am not paying. Send me itemized proof. Let me know if you have reported this account to Experian, Equifax, or Transunion.*

*Markitta Hammons 04/14/16*

**SELF-SERVICE WEBSITE:** Our self-service website offers the ability to pay-in-full by check or credit card, agree to a payment plan, print a scheduled payment voucher(s) to mail with payment to this office, print a payment-in-full receipt for your records, review payment history and account status, opt-in to email messaging, obtain help desk information, and more.

**UN-RETURNED EQUIPMENT:** Please be advised, you are financially responsible for the monetary value of any/all un-returned equipment. Please contact this office to discuss the return of all equipment in accordance with your service contract.

### PLEASE ENCLOSE BOTTOM PORTION WITH PAYMENT

File Number: ███
Pin Number: ███
MARKITTA HAMMONS

- Do not mail post-dated checks (call for assistance)
- Write your File Number (above) on your check:

**CHECK BY PHONE AND CREDIT CARD ACCOMMODATION**

Please remit payment by mail. To expedite payment by check or credit card, you may call (877) 897-7103 for personal assistance. Our Service Representatives are available during extended business hours. Furthermore, you have the option to process payment via our full service payment website.

SELF SERVICE OPTIONS AVAILABLE ONLINE

CCS
PAYMENT PROCESSING CENTER
P.O. BOX 55126
BOSTON, MA 02205-5126

PAY THIS AMOUNT:
███

7988600990319410970000242848


4/18/16

CCS
P.O. Box 55126
Boston, MA 02205

Maritta Hammons



# CREDIT COLLECTION SERVICES



'25 CANTON STREET
NORWOOD, MA 02062
MON-FRI: 8AM-MIDNIGHT, SAT: 8AM-4PM, ET
(617) 581-1074

MAY 18, 2016                                                                                     0170

EXHIBIT C

**MARKITTA HAMMONS**

```
REGARDING  ..................  ............  TIME WARNER CABLE
ACCOUNT NUMBER ..........  ............
CCS NUMBER  .............  ............
BALANCE  ................  ............
```

ENCLOSED YOU WILL FIND A COPY OF THE RESPONSE FROM OUR CLIENT REGARDING THE ABOVE REFERENCED ACCOUNT, PER YOUR REQUEST.

ACCORDING TO OUR CLIENT'S RECORDS, THE BALANCE SHOWN ABOVE IS CORRECTLY STATED, AND THE FULL BALANCE IS DUE.

THIS OFFICE WILL EXPECT YOUR CHECK FOR PAYMENT IN FULL.

THANK YOU.

SINCERELY,

CREDIT COLLECTION SERVICES

FEDERAL LAW 95-109 SECTION 807 (11): THIS IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. THIS COMMUNICATION WAS SENT FROM A DEBT COLLECTOR.

7606 0000 NO RP 11 06112015 0006461 002

Page 3 of 6



Customer service
Call us anytime 1-877-566-4892
Visit us at twc.com

Account number

| Due date | Service period | Amount due |
|---|---|---|
| upon receipt | 06/21 - 07/20 | $242.84 |

**Service address**
Markitta Hammons

**Previous balance & payments**
Previous balance
Payments
Unpaid balance

**Total due upon receipt**

# ENJOY TWC BETTER

Watch Live TV on your devices, at home or on-the-go, with our free TWC TV® app. Now available for Starter TV customers on PC, IOS, Android and Roku.

Experience the future of Home Security and Management with IntelligentHome. Connect to your home from anywhere. Visit twc.com to learn more.

Now access over 300,000 free TWC WIFI® hotspots nationwide. Use our WIFI Finder app to easily get online

Sign up for free paperless billing at twc.com/account - just use your customer code on this bill.

Now with TWC Unlimited Calling, you can make free calls to the US, Canada, Puerto Rico, Mexico, China and Hong Kong.

Our records indicate your account has been disconnected and a past due balance remains, which may include unreturned equipment charges. To prevent your account from being turned over to a collection agency, please submit your payment and return equipment to Time Warner Cable.

-----



3140 W ARROWOOD RD CHARLOTTE, NC 28273-0001

MARKITTA HAMMONS

Please detach and enclose this coupon with your payment.



** Please allow 7 - 10 days for delivery and payment processing. See reverse side for more convenient payment options.

| Payment due date | Total amount due |
|---|---|
| upon receipt | |

| Account number | Amount enclosed |
|---|---|

TIME WARNER CABLE
PO BOX 70872
CHARLOTTE, NC 28272-0872

0165300120249652380914 20024284

7406 0000 NO RP 33 06112015 0008463 002

Markitta Hammons
Amount due upon receipt:
Account number:
Customer code:
Statement Date: Jun 11, 2015

Page 4 of 6



|       | Previous balance      |   |
|-------|-----------------------|---|
| 05/11 | Previous Balance      |   |
|       | Total previous balance |   |
|       | **Payments**          |   |
|       | Payment Received      |   |
|       | Total unpaid balance  |   |
|       | Total due upon receipt |   |

continued from previous column

If you have a problem with your cable or video programming service, you should FIRST contact customer service at the following telephone number: 1-877-566-4892. If we are unable to satisfactorily resolve your complaint, you may contact the Consumer Protection Division of the Attorney General's Office of the State of North Carolina at www.ncdoj.gov/cable.aspx

## Reach us at your convenience

**In person**
316 E Morehead St
Charlotte, NC 28202
Monday - Friday: 8:00am - 6:00pm
Saturday 9:00am - 2:00pm

**On twc.com**
Visit twc.com/account to pay your bill online, view FAQs/self-help options and chat with a live agent. Just have your customer code above on hand.

**Through your mobile device**
With our free My TWC® app.

**Over the phone**
Call us anytime at 1-877-566-4892 and simply say "pay my bill" to pay your bill for free. Or you can speak to someone live with any questions about your bill.

continued on next column

**Pay online**
Go green with online bill payment. Sign up at twc.com/account Have your account number and customer code ready, found on the top of this page.

**Pay By Phone**
Make a credit card payment free of charge using our automated payment option at 1-877-566-4892; simply say "pay my bill". Use your Visa, MasterCard, Discover or American Express card.

**Customer Information**
Experiencing technical issues with closed captioning? Call 1-800-TWCABLE, email closedcaptioning@twcable.com, or fax to 1-877-430-1386. Address written complaints to A. Long, Legal, 131 20 Sunrise Valley Dr., Herndon, VA 20171, email twc.closedcaptioningissues@twcable.com, or fax to (704) 697-4935. To follow up on a written submission only: call 877-276-7432.

If your check is returned, you expressly authorize your bank account to be electronically debited for the amount of the check plus any applicable fees. The use of a check for payment is your acknowledgement and acceptance of this policy and its terms and conditions.

For information on any upcoming programming changes please consult the Legal Notices published in The Charlotte Observer on the 1st and 3rd Wednesday of each month and on yourtwc.com

Visit twc.com/careers for career opportunities at Time Warner Cable.

TWC imposes surcharges to recover costs of complying with its governmental obligations.